UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DELVIN DIMON MOORE #16728** | **CIVIL ACTION NO. 3:09CV1399   SEC P** |
| **VERSUS** | **JUDGE JAMES** |
| **MADISON PARISH CORR CTR, ET AL** | **MAGISTRATE JUDGE HAYES** |

### MEMORANDUM ORDER

Before the court is a civil rights suit filed on July 30, 2009. Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reason(s):

Plaintiff has failed to submit the complaint on approved forms. NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS. **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

Plaintiff has failed to submit either the $350.00 to file his complaint or a completed application to proceed *in forma pauperis*. **Plaintiff must either send $350.00 or a completed *in forma pauperis* application in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE August 13, 2009, in Monroe, Louisiana.


cc: Plaintiff w/ 1983 & IFP forms

KAREN L. HAYES
U. S. MAGISTRATE JUDGE